

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EC:TYH
F.#
odzersntltr.wpd

*156 Pierrepont Plaza*

*Brooklyn, New York 11201*

November 22, 2004

Honorable John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

   Re:  United States v. Odzer
     Criminal Docket No. 02-895 (JG)

Dear Judge Gleeson:

   This letter is to confirm that the above defendant's sentencing has been adjourned, and is no longer on the calendar for December 17, 2004.  It has been rescheduled for February 18, 2005 at 2:00 p.m.  By copy of this letter, I am confirming the date and time with defense counsel and the Probation Department.

     Very truly yours,

     ROSLYNN R. MAUSKOPF
     UNITED STATES ATTORNEY


    By: _____
     TANYA Y. HILL
     Assistant U.S. Attorney

cc:  Probation Department

   Franklin B. Mandel
   16 East 34th St.
   16th Floor,
   New York, NY 10016